Wolf, Pennella & Stevens, LLP
Paul Delano Wolf, SBN 78624
Adam Pennella, SBN 246260
James Stevens, SBN 286646
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002

Counsel for Defendant
RICHARD ACOSTA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00337-HSG |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE AS MODIFIED** |
| RICHARD ACOSTA, | |
| Defendant. | |

  Defendant Richard Acosta is seeking permission to modify his conditions of pretrial according to stipulation between the parties.

  Mr. Acosta's minor daughter, S. A., of whom Mr. Acosta has joint custody, will be spending the summer months at a tennis program and staying with her grandmother, Carolyn Cults, at Ms. Cults' home in Atwater, California (in the Eastern District of California). Mr. Acosta will continue to reside at home in Oakland under his current terms of pretrial release but asks that the Court grant him permission to travel to Ms. Cults' home in the event of an emergency or to visit his daughter as directed by Pretrial Services. Mr. Acosta will notify and

1

communicate with defense counsel and Pretrial Services if such circumstance were to occur. Pretrial Services has been notified of this request and has no objection.

The parties therefore request and stipulate that Mr. Acosta be granted the Court's permission to travel to and reside at Carolyn Cults' residence at 151 Castle Drive, Atwater, CA 95301 in the event of an emergency or in order to visit his daughter as directed by Pretrial Services.

DATED: June 21, 2017   Respectfully submitted,

BRIAN STRETCH
United States Attorney

　/s/　　　　　　　　　　　　　　　　　　　/s/
SHEILA ARMBRUST                     JAMES R. STEVENS
Assistant United States Attorney    Wolf, Pennella & Stevens, LLP
                                    Attorney for Defendant
                                    Richard Acosta

IT IS SO ORDERED.

DATED: 6/23/17

HON. KANDIS WESTMORE
United States Magistrate Judge